UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 09738
    JANICE M YOUNG
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5131

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/11/2006 and was confirmed 10/30/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/13/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 16528.94 | .00 | 1252.62 |
| HSBC AUTO FINANCE | SECURED | 10750.00 | 555.88 | 2538.43 |
| HSBC AUTO FINANCE | UNSECURED | 2100.09 | .00 | .00 |
| PHILIP A IGOE | DEBTOR ATTY | 2,774.00 | | 602.42 |
| TOM VAUGHN | TRUSTEE | | | 300.65 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------
|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,250.00 | |
| PRIORITY | | .00 |
| SECURED | | 3,791.05 |
| INTEREST | | 555.88 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 602.42 |
| TRUSTEE COMPENSATION | | 300.65 |
| DEBTOR REFUND | | .00 |
| TOTALS | 5,250.00 | 5,250.00 |

                 PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 09738 JANICE M YOUNG

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/03/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE